# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4112
_____

NICK'S FLOORS AND MORE LLC,

Appellant,

v.

DEPARTMENT OF FINANCIAL
SERVICES, DIVISION OF
WORKERS' COMPENSATION,

Appellee.

_____

On appeal from a final order of the Department of Financial
Services, Division of Workers' Compensation.
E. Tanner Holloman, Director.

October 23, 2019

PER CURIAM.

AFFIRMED.

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Kristian E. Dunn, Law Office of Kris Dunn, P.A., Tallahassee, for Appellant.

Peter Penrod, General Counsel, and Samuel Gilot, Senior Attorney, Florida Department of Financial Services, Tallahassee, for Appellee.